**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000404
11-JAN-2024
08:03 AM
Dkt. 31 ODSD**

NO. CAAP-23-0000404

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

N.T., Plaintiff-Appellant,
v.
J.B., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV171006982)

ORDER DISMISSING APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On November 8, 2023, the court entered an order directing self-represented Plaintiff-Appellant N.T. (**NT**) to show cause why the appeal should not be dismissed under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30 for failure to file the statement of jurisdiction and opening brief, and that failure to timely respond to the order or to show good cause may result in sanctions, including the dismissal of this appeal;[1] and

(2) NT failed to respond to the order.

---

[1] The November 8, 2023 order was returned to the court as undeliverable. It was mailed to NT's address on record, and NT has not filed a notice of change of address with the appellate clerk, in accordance with HRAP Rule 25(f).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, January 11, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge